| Claim | US Patent 9,092,075 | Description of the Infringement |
| --- | --- | --- |
| Indep. Cl.<br>1-P | A wireless finger-worn motion tracking device comprising: | To the extent the preamble is limiting, Samsung has made, used, sold, offered to sell, and/or imported a wireless finger-worn motion tracking device.<br><br>For example, Samsung has provided a finger-worn Galaxy Ring ("device"; hereinafter referred to as 'ring'), which incorporates an accelerometer (a motion tracking sensor) to detect and generate movement information such as information relating to walking, running, step count, and daily activities. This movement information is communicated wirelessly from the ring to a user's paired smartphone through a Bluetooth module to monitor and analyze the user's activity.<br><br><br><br>Source: https://www.samsung.com/us/rings/galaxy-ring/#battery |

EXHIBIT D

Claim Chart Regarding U.S. Patent No. 9,092,075

| Claim | US Patent 9,092,075 | Description of the Infringement |
|---|---|---|
| | | <br>Source: https://www.samsung.com/us/rings/galaxy-ring/<br><br>• **Energy Score**: Your energy score includes a comprehensive analysis of your measured sleep, daily activities, and heart rate data.<br>• **Sleep**: Analyze and record your sleep by measuring your heart rate, blood oxygen, and skin temperature.<br>• **Heart rate**: Measure and record your heart rate.<br>• **Workouts**: Galaxy Ring can automatically detect and track walking and running once you enable it in Samsung Health settings in the Galaxy Wearable app.<br><br>Source: https://www.samsung.com/us/support/answer/ANS10003278/ |

Claim Chart Regarding U.S. Patent No. 9,092,075

| Claim | US Patent 9,092,075 | Description of the Infringement |
|---|---|---|
| | | **Auto Workout Detection and Gestures for Ease of Use**<br><br>Galaxy Ring is equipped with a variety of Auto Workout Detection[14] features to automatically track important walking and running data, such as steps duration and calories burnt, so you can effortlessly monitor your daily exercise progress. The Inactive Alert feature will also remind you when long period of inactivity is detected, encouraging you to get up and move to avoid adverse effects of prolonged sitting, keeping you active and energetic throughout busy schedules. In addition, you can take photos or dismiss alarms on Galaxy smartphones with a double pinch via Gestures[15], and easily locate your Galaxy Ring via your Galaxy smartphone with Find My Ring on Samsung Find[16].<br><br>Source: https://www.samsung.com/hk_en/news/product/samsungs-new-galaxy-ring/<br><br>Note: The above evidence has been obtained from a source outside of the United States. However, upon information and belief, the information presented in the evidence accurately describes the functionality of the accused product(s) available in the United States.<br><br><br><br><br>Source: https://www.samsung.com/us/rings/galaxy-ring/ (Annotated) |

EXHIBIT D

Claim Chart Regarding U.S. Patent No. 9,092,075

| Claim | US Patent 9,092,075 | Description of the Infringement |
|---|---|---|
| | | **Connectivity**<br>Bluetooth® 5.4<br><br>Source: https://www.samsung.com/us/business/rings/galaxy-ring/all/galaxy-ring-size-8-titanium-black-sm-q508nzkaxar/<br><br>**Turn insights into action**<br><br>Learn how to feel great every day using Wellness Tips. Your Galaxy Ring gathers the insights and your phone analyzes them. Then you receive personalized suggestions you can use to improve each day.<br><br>Source: https://www.samsung.com/us/rings/galaxy-ring/ |
| 1-a | a housing configured to be worn on a finger of a user, the housing having a passage therethrough, | Samsung has provided a wireless finger-worn motion tracking device with a housing configured to be worn on a finger of a user, the housing having a passage therethrough.<br><br>For example, the ring includes a housing that has a passage extending through its center, which allows the user to wear the ring around the finger. |

Claim Chart Regarding U.S. Patent No. 9,092,075

| Claim | US Patent 9,092,075 | Description of the Infringement |
| --- | --- | --- |
| | | <br>Source: https://www.samsung.com/us/rings/galaxy-ring/ (Annotated) |

Claim Chart Regarding U.S. Patent No. 9,092,075

| Claim | US Patent 9,092,075 | Description of the Infringement |
|---|---|---|
| | | <br>Source: https://www.samsung.com/us/rings/galaxy-ring/ (Annotated) |
| 1-b | the passage defining a passage axis generally coaxial with a longitudinal axis of the user's finger when the user's finger is extending through the passage of the housing in a finger-worn position, | Samsung has provided a wireless finger-worn motion tracking device with the passage defining a passage axis generally coaxial with a longitudinal axis of the user's finger when the user's finger is extending through the passage of the housing in a finger-worn position.<br>For example, the passage defines an axis ("passage axis") that is aligned with the axis of the user's finger ("coaxial with a longitudinal axis of the user's finger") when the user's finger extends through the passage of the housing in a finger-worn position. |

EXHIBIT D

Claim Chart Regarding U.S. Patent No. 9,092,075

| Claim | US Patent 9,092,075 | Description of the Infringement |
|---|---|---|
| | | <br>Source: https://www.samsung.com/us/rings/galaxy-ring/ (Annotated) |

EXHIBIT D

Claim Chart Regarding U.S. Patent No. 9,092,075

| Claim | US Patent 9,092,075 | Description of the Infringement |
|---|---|---|
| | | <br><br>Source: https://www.samsung.com/us/business/rings/galaxy-ring/all/galaxy-ring-size-8-titanium-black-sm-q508nzkaxar/ (Annotated) |

EXHIBIT D

Claim Chart Regarding U.S. Patent No. 9,092,075

| Claim | US Patent 9,092,075 | Description of the Infringement |
|---|---|---|
| | |   Source: https://www.samsung.com/us/rings/galaxy-ring/ (Annotated) |
| 1-c | the housing including an internal finger contact surface that is facing generally radially inward toward the passage axis, the internal finger contact surface making contact with the user's finger when in the finger-worn position. | Samsung has provided a wireless finger-worn motion tracking device with the housing including an internal finger contact surface that is facing generally radially inward toward the passage axis, the internal finger contact surface making contact with the user's finger when in the finger-worn position.<br><br>For example, the housing of the ring includes an internal finger contact surface that faces radially inward toward the passage axis and contacts the user's finger when the ring is worn in the finger-worn position. |

Claim Chart Regarding U.S. Patent No. 9,092,075

| Claim | US Patent 9,092,075 | Description of the Infringement |
|---|---|---|
| | | <br>Source: https://www.samsung.com/us/rings/galaxy-ring/ (Annotated) |

EXHIBIT D

Claim Chart Regarding U.S. Patent No. 9,092,075

| Claim | US Patent 9,092,075 | Description of the Infringement |
|---|---|---|
| | |  Source: https://www.samsung.com/us/rings/galaxy-ring/ (Annotated) |
| 1-d | the housing passage and internal finger contact surface configured such that an end portion of the user's finger can be extended through the passage entirely to the finger-worn position such that the end portion of the user's finger is out of | Samsung has provided a wireless finger-worn motion tracking device with the housing passage and internal finger contact surface configured such that an end portion of the user's finger can be extended through the passage entirely to the finger-worn position such that the end portion of the user's finger is out of contact with the internal finger contact surface in the finger-worn position.<br><br>For example, the housing passage and the internal finger contact surface are arranged such that the user's finger extends entirely through the passage to the finger-worn position, with a tip end portion of the user's finger remaining out of contact with the internal finger contact surface. |

Claim Chart Regarding U.S. Patent No. 9,092,075

| Claim | US Patent 9,092,075 | Description of the Infringement |
| --- | --- | --- |
| | contact with the internal finger contact surface in the finger-worn position, |   Source: https://www.samsung.com/us/rings/galaxy-ring/ (Annotated) |
| 1-e | the housing further including an external outside surface that is facing generally radially outward from the passage axis, the external outside surface being not in contact with the user's finger when in the finger-worn position, | Samsung has provided a wireless finger-worn motion tracking device with the housing further including an external outside surface that is facing generally radially outward from the passage axis, the external outside surface being not in contact with the user's finger when in the finger-worn position.<br>For example, the housing of the ring includes an external outside surface that faces radially outward from the passage axis and does not contact the user's finger when in the finger-worn position. |

Claim Chart Regarding U.S. Patent No. 9,092,075

| Claim | US Patent 9,092,075 | Description of the Infringement |
|---|---|---|
| | | <br>Source: https://www.samsung.com/us/rings/galaxy-ring/ (Annotated) |
| 1-f | the housing further including an inner space between the internal finger contact surface and the external outside surface, | Samsung has provided a wireless finger-worn motion tracking device with the housing further including an inner space between the internal finger contact surface and the external outside surface.<br>For example, the housing of the ring includes an inner space defined between the internal finger contact surface and the external outside surface. |

EXHIBIT D

Claim Chart Regarding U.S. Patent No. 9,092,075

| Claim | US Patent 9,092,075 | Description of the Infringement |
|---|---|---|
| | | <br>Source: https://www.samsung.com/us/rings/galaxy-ring/ (Annotated) |
| 1-g | wherein the inner space is configured to contain all electronics for operating the wireless finger-worn motion tracking device; | Samsung has provided a wireless finger-worn motion tracking device wherein the inner space is configured to contain all electronics for operating the wireless finger-worn motion tracking device.<br>For example, the inner space comprises all electronic components ("electronics"), including multiple sensors, memory, battery, and Bluetooth module. These electronic components operate the ring ("wireless finger-worn motion tracking device") by tracking motion, processing movement information (such as information relating to walking, running, step count, and daily activities), and wirelessly communicating the information to the user's smartphone. |

EXHIBIT D

Claim Chart Regarding U.S. Patent No. 9,092,075

| Claim | US Patent 9,092,075 | Description of the Infringement |
|---|---|---|
| | |  Source: https://www.samsung.com/us/rings/galaxy-ring/ (Annotated) |

Claim Chart Regarding U.S. Patent No. 9,092,075

| Claim | US Patent 9,092,075 | Description of the Infringement |
|---|---|---|
| | | (continued below) |

| | |
|---|---|
| **Memory** | 8MB |
| **Battery**[4] | Galaxy Ring: 18mAh (Size 5) - 23.5mAh (Size 13) |
| | Charging Case: 361mAh |
| | Up to 7 days<br>Charge for 30mins: 40% |
| **Sensor** | Accelerometer |
| | PPG |
| | Skin Temperature |
| **Connectivity** | BLE 5.4 |

Source: https://www.samsungmobilepress.com/media-assets/galaxy-ring?tab=specs

Claim Chart Regarding U.S. Patent No. 9,092,075

| Claim | US Patent 9,092,075 | Description of the Infringement |
|---|---|---|
| | | <br>Source: https://www.samsung.com/us/rings/galaxy-ring/<br><br>Source: https://www.samsung.com/us/support/answer/ANS10003278/ |

Claim Chart Regarding U.S. Patent No. 9,092,075

| Claim | US Patent 9,092,075 | Description of the Infringement |
|---|---|---|
| | | **Auto Workout Detection and Gestures for Ease of Use**<br><br>Galaxy Ring is equipped with a variety of Auto Workout Detection[14] features to automatically track important walking and running data, such as steps, duration and calories burnt, so you can effortlessly monitor your daily exercise progress. The Inactive Alert feature will also remind you when long period of inactivity is detected, encouraging you to get up and move to avoid adverse effects of prolonged sitting, keeping you active and energetic throughout busy schedules. In addition, you can take photos or dismiss alarms on Galaxy smartphones with a double pinch via Gestures[15], and easily locate your Galaxy Ring via your Galaxy smartphone with Find My Ring on Samsung Find[16].<br><br>Source: https://www.samsung.com/hk_en/news/product/samsungs-new-galaxy-ring/<br><br>Note: The above evidence has been obtained from a source outside of the United States. However, upon information and belief, the information presented in the evidence accurately describes the functionality of the accused product(s) available in the United States. |
| 1-h | wireless communication components disposed within the inner space, the wireless communication components configured and operable to wirelessly communicate with a separate computing system; | Samsung has provided a wireless finger-worn motion tracking device with wireless communication components disposed within the inner space, the wireless communication components configured and operable to wirelessly communicate with a separate computing system.<br><br>For example, the inner space of the ring comprises the Bluetooth module, such that once the ring is paired with the user's smartphone ("separate computing system"), the ring wirelessly transmits ("communicate") movement information, such as information relating to walking, running, step count, and daily activities, to the user's smartphone.<br><br>**Connectivity**<br>Bluetooth® 5.4<br><br>Source: https://www.samsung.com/us/business/rings/galaxy-ring/all/galaxy-ring-size-8-titanium-black-sm-q508nzkaxar/ |

Claim Chart Regarding U.S. Patent No. 9,092,075

| Claim | US Patent 9,092,075 | Description of the Infringement |
|---|---|---|
| | | **Turn insights into action**<br><br>Learn how to feel great every day using Wellness Tips. Your Galaxy Ring gathers the insights and your phone analyzes them. Then you receive personalized suggestions you can use to improve each day.<br><br>Source: https://www.samsung.com/us/rings/galaxy-ring/<br><br>• **Energy Score**: Your energy score includes a comprehensive analysis of your measured sleep, daily activities, and heart rate data.<br>• **Sleep**: Analyze and record your sleep by measuring your heart rate, blood oxygen, and skin temperature.<br>• **Heart rate**: Measure and record your heart rate.<br>• **Workouts**: Galaxy Ring can automatically detect and track walking and running once you enable it in Samsung Health settings in the Galaxy Wearable app.<br><br>Source: https://www.samsung.com/us/support/answer/ANS10003278/<br><br>**Auto Workout Detection and Gestures for Ease of Use**<br><br>Galaxy Ring is equipped with a variety of Auto Workout Detection[14] features to automatically track important walking and running data, such as steps, duration and calories burnt, so you can effortlessly monitor your daily exercise progress. The Inactive Alert feature will also remind you when long period of inactivity is detected, encouraging you to get up and move to avoid adverse effects of prolonged sitting, keeping you active and energetic throughout busy schedules. In addition, you can take photos or dismiss alarms on Galaxy smartphones with a double pinch via Gestures[15], and easily locate your Galaxy Ring via your Galaxy smartphone with Find My Ring on Samsung Find[16]. |

Claim Chart Regarding U.S. Patent No. 9,092,075

<table>
<tr><th>Claim</th><th>US Patent 9,092,075</th><th>Description of the Infringement</th></tr>
<tr><td></td><td></td><td>Source: https://www.samsung.com/hk_en/news/product/samsungs-new-galaxy-ring/<br><br>Note: The above evidence has been obtained from a source outside of the United States. However, upon information and belief, the information presented in the evidence accurately describes the functionality of the accused product(s) available in the United States.</td></tr>
<tr><td>1-i</td><td>a motion tracking mechanism disposed within the inner space and configured and operable to generate, in response to movements of the housing, tracked movement information for use in controlling the separate computing system, the motion tracking mechanism comprising an accelerometer</td><td>Samsung has provided a wireless finger-worn device with a motion tracking mechanism disposed within the inner space and configured and operable to generate, in response to movements of the housing, tracked movement information for use in controlling the separate computing system, the motion tracking mechanism comprising an accelerometer.<br><br>For example, the inner space of the ring includes the accelerometer (“motion tracking mechanism”), which tracks the user’s movement information (such as information relating to walking, running, step count, and daily activities) based on motion or lack of motion of the ring when worn on the user’s finger. When the user is not moving, the accelerometer detects this absence of activity and triggers the Samsung Health app on the user’s smartphone (“separate computing system”) to deliver Inactivity Alerts, reminding the user to get up and move. Thus, the accelerometer in the ring generates information for use in controlling the operation of the user’s smartphone.<br><br><br></td></tr>
</table>

EXHIBIT D

Claim Chart Regarding U.S. Patent No. 9,092,075

| Claim | US Patent 9,092,075 | Description of the Infringement |
|---|---|---|
| | | Source: https://www.samsung.com/us/rings/galaxy-ring/ (Annotated)<br><br>• **Energy Score**: Your energy score includes a comprehensive analysis of your measured sleep, daily activities, and heart rate data.<br>• **Sleep**: Analyze and record your sleep by measuring your heart rate, blood oxygen, and skin temperature.<br>• **Heart rate**: Measure and record your heart rate.<br>• **Workouts**: Galaxy Ring can automatically detect and track walking and running once you enable it in Samsung Health settings in the Galaxy Wearable app.<br><br>Source: https://www.samsung.com/us/support/answer/ANS10003278/<br><br>**Auto Workout Detection and Gestures for Ease of Use**<br>Galaxy Ring is equipped with a variety of Auto Workout Detection[14] features to automatically track important walking and running data, such as steps, duration and calories burnt, so you can effortlessly monitor your daily exercise progress. The Inactive Alert feature will also remind you when long period of inactivity is detected, encouraging you to get up and move to avoid adverse effects of prolonged sitting, keeping you active and energetic throughout busy schedules. In addition, you can take photos or dismiss alarms on Galaxy smartphones with a double pinch via Gestures[15], and easily locate your Galaxy Ring via your Galaxy smartphone with Find My Ring on Samsung Find[16].<br><br>Source: https://www.samsung.com/hk_en/news/product/samsungs-new-galaxy-ring/<br><br>Note: The above evidence has been obtained from a source outside of the United States. However, upon information and belief, the information presented in the evidence accurately describes the functionality of the accused product(s) available in the United States. |

EXHIBIT D

Claim Chart Regarding U.S. Patent No. 9,092,075

| Claim | US Patent 9,092,075 | Description of the Infringement |
|---|---|---|
| | | <br>Source: https://www.samsung.com/us/rings/galaxy-ring/ |
| 1-j | a selection mechanism coupled to the housing and configured and operable to generate, in response to an activation of the selection mechanism, selection information for use in controlling the separate computing system; and | Samsung has provided a wireless finger-worn device with a selection mechanism coupled to the housing and configured and operable to generate, in response to an activation of the selection mechanism, selection information for use in controlling the separate computing system.<br>For example, when the user wearing the ring performs a double-pinch action involving tapping their finger and thumb together twice (“activation”), the sensors (“selection mechanism”) built into and coupled to the housing detect this motion. The ring then interprets the detected motion as a command (“selection information”) and wirelessly transmits it via Bluetooth to the user’s smartphone (“separate computing system”). In turn, the smartphone responds by executing the action based on the received command, such as capturing a photo or dismissing an alarm. |

EXHIBIT D

Claim Chart Regarding U.S. Patent No. 9,092,075

| Claim | US Patent 9,092,075 | Description of the Infringement |
|---|---|---|
| | | <br><br>Source: https://www.samsung.com/us/rings/galaxy-ring/<br><br>While wearing the Galaxy Ring, you can **dismiss an alarm** or **take a picture** or **video by tapping the finger** with your **ring and thumb together twice quickly** using double pinch action when the camera app is open. Please set the options enabled you need through the gestures menu on the **Galaxy Wearable app (default: off)**.<br><br>Source: https://www.samsung.com/ae/support/mobile-devices/how-can-i-use-gestures-with-the-galaxy-ring/ |

Claim Chart Regarding U.S. Patent No. 9,092,075

| Claim | US Patent 9,092,075 | Description of the Infringement |
|---|---|---|
| | | Note: The above evidence has been obtained from a source outside of the United States. However, upon information and belief, the information presented in the evidence accurately describes the functionality of the accused product(s) available in the United States. |
| 1-k | a display device located on the housing, wherein the display device is configured and operable to output information; and | Samsung has provided a wireless finger-worn motion tracking device with a display device located on the housing, wherein the display device is configured and operable to output information.<br><br>For example, the ring includes LEDs positioned on the internal finger contact surface of the housing. These LEDs display battery level status (through green or red illumination) and Find My Ring indication (through a flickering pattern) ("output information"). The LEDs therefore act as the display device.<br><br><br><br><br>Source: https://www.samsung.com/us/rings/galaxy-ring/ (Annotated) |

Claim Chart Regarding U.S. Patent No. 9,092,075

| Claim | US Patent 9,092,075 | Description of the Infringement |
|---|---|---|
| | | An LED around the perimeter shows the ring's battery level, unlike the Oura, whose light just shows if the battery is full or not.<br><br>Source: https://www.wired.com/review/samsung-galaxy-ring/<br><br>Note: The above evidence has been obtained from a third-party source. Upon information and belief, the information presented in the evidence accurately describes the functionality of the accused product(s). |

**Battery light identification**

| Lighting | Status |
|---|---|
| All lights flash and turn off | Welcome lighting when you open the charging case |
| Flashes clockwise in sequence | Display the remaining battery level |
| Flashes clockwise in sequence and blinks at the end | Charging (lighting indicates the remaining battery level) |
| All lights flash | Fully charged |
| All lights blink | Charging error |
| Spins clockwise continuously | Bluetooth pairing mode |

Source: https://www.samsung.com/uk/support/mobile-devices/how-to-use-the-samsung-galaxy-ring/

Note: The above evidence has been obtained from a source outside of the United States. However, upon information and belief, the information presented in the evidence accurately describes the functionality of the accused product(s) available in the United States.

Claim Chart Regarding U.S. Patent No. 9,092,075

| Claim | US Patent 9,092,075 | Description of the Infringement |
|---|---|---|
| | | |



**Blinking green light:** Battery level ≥ 15%



**Blinking red light:** Battery level < 15%

Source: https://www.samsung.com/uk/support/mobile-devices/how-to-use-the-samsung-galaxy-ring/

Note: The above evidence has been obtained from a source outside of the United States. However, upon information and belief, the information presented in the evidence accurately describes the functionality of the accused product(s) available in the United States.

I can't feel any of these sensors when wearing the ring. I don't *mind* wearing the Oura Ring, but the Galaxy Ring is more than a gram lighter and is noticeably thinner and lightweight. As a bonus, you can go into your Health app on your Samsung phone and click Find My Ring and the LEDs will start flickering! You can't see them in daylight, but at least the company has acknowledged that one of the major problems with smart rings is how often you lose the darn things. I keep taking mine off mindlessly to wash dishes, lift something heavy, or play the violin. It's also rated at 10 ATM and IP68, and I have kept mine on while swimming and paddling with my kids.

EXHIBIT D

Claim Chart Regarding U.S. Patent No. 9,092,075

| Claim | US Patent 9,092,075 | Description of the Infringement |
|---|---|---|
| | | Source: https://www.wired.com/review/samsung-galaxy-ring/<br>Note: The above evidence has been obtained from a third-party source. Upon information and belief, the information presented in the evidence accurately describes the functionality of the accused product(s). |