<table>
<tr><th>Claim</th><th>US Patent 10,963,070</th><th>Description of the Infringement</th></tr>
<tr><td>Indep. Cl.<br><br>1-P</td><td>An apparatus comprising:</td><td>
To the extent the preamble is limiting, Samsung has made, used, sold, offered to sell, and/or imported an apparatus comprising a housing and wireless communication components.
For example, Samsung has provided a finger-worn Galaxy Ring (“apparatus”; hereinafter referred to as ‘ring’), which incorporates an accelerometer (a motion tracking sensor) to detect and generate movement information such as information relating to walking, running, step count, and daily activities. This movement information is communicated wirelessly from the ring to a user’s paired smartphone through a Bluetooth module to monitor and analyze the user’s activity.




Source: https://www.samsung.com/us/rings/galaxy-ring/#battery
</td></tr>
</table>

EXHIBIT F

Claim Chart Regarding U.S. Patent No. 10,963,070

| Claim | US Patent 10,963,070 | Description of the Infringement |
|---|---|---|
| | | <br><br>Source: https://www.samsung.com/us/rings/galaxy-ring/<br><br>• **Energy Score**: Your energy score includes a comprehensive analysis of your measured sleep, daily activities, and heart rate data.<br>• **Sleep**: Analyze and record your sleep by measuring your heart rate, blood oxygen, and skin temperature.<br>• **Heart rate**: Measure and record your heart rate.<br>• **Workouts**: Galaxy Ring can automatically detect and track walking and running once you enable it in Samsung Health settings in the Galaxy Wearable app.<br><br>Source: https://www.samsung.com/us/support/answer/ANS10003278/ |

EXHIBIT F

Claim Chart Regarding U.S. Patent No. 10,963,070

| Claim | US Patent 10,963,070 | Description of the Infringement |
|---|---|---|
| | | **Auto Workout Detection and Gestures for Ease of Use**<br><br>Galaxy Ring is equipped with a variety of Auto Workout Detection[14] features to automatically track important walking and running data, such as steps, duration and calories burnt, so you can effortlessly monitor your daily exercise progress. The Inactive Alert feature will also remind you when long period of inactivity is detected, encouraging you to get up and move to avoid adverse effects of prolonged sitting, keeping you active and energetic throughout busy schedules. In addition, you can take photos or dismiss alarms on Galaxy smartphones with a double pinch via Gestures[15], and easily locate your Galaxy Ring via your Galaxy smartphone with Find My Ring on Samsung Find[16].<br><br>Source: https://www.samsung.com/hk_en/news/product/samsungs-new-galaxy-ring/<br><br>Note: The above evidence has been obtained from a source outside of the United States. However, upon information and belief, the information presented in the evidence accurately describes the functionality of the accused product(s) available in the United States.<br><br><br> |

EXHIBIT F

Claim Chart Regarding U.S. Patent No. 10,963,070

| Claim | US Patent 10,963,070 | Description of the Infringement |
| --- | --- | --- |
| | | Source: https://www.samsung.com/us/rings/galaxy-ring/ (Annotated)<br><br>**Connectivity**<br>Bluetooth® 5.4<br><br>Source: https://www.samsung.com/us/business/rings/galaxy-ring/all/galaxy-ring-size-8-titanium-black-sm-q508nzkaxar/<br><br>**Turn insights into action**<br><br>Learn how to feel great every day using Wellness Tips. Your Galaxy Ring gathers the insights and your phone analyzes them. Then you receive personalized suggestions you can use to improve each day.<br><br>Source: https://www.samsung.com/us/rings/galaxy-ring/ |
| 1-a | a housing that configures the apparatus to be worn in a finger-worn position on a portion of a finger of a user such that a tip end portion of the user's finger extends beyond the | Samsung has provided an apparatus with a housing that configures the apparatus to be worn in a finger-worn position on a portion of a finger of a user such that a tip end portion of the user's finger extends beyond the housing, the housing including an internal finger contact surface that faces the user's finger when in the finger-worn position, and an external outside surface that faces away from the user's finger when in the finger-worn position, the housing defining an inner space between the internal finger contact surface and the external outside surface, wherein the inner space contains all electronics for operating the apparatus as a wireless finger-worn motion detecting device. |

Claim Chart Regarding U.S. Patent No. 10,963,070

| Claim | US Patent 10,963,070 | Description of the Infringement |
|---|---|---|
| | housing, the housing including an internal finger contact surface that faces the user's finger when in the finger-worn position, and an external outside surface that faces away from the user's finger when in the finger-worn position, the housing defining an inner space between the internal finger contact surface and the external outside surface, wherein the inner space contains all electronics for operating the apparatus as a wireless finger-worn motion detecting device; | For example, the ring includes a housing that is worn in a finger-worn position on a portion of the user's finger such that, when worn, a part of the user's finger ("a tip end portion of the user's finger") extends beyond the housing. Further, the housing includes an internal finger contact surface that faces and touches the user's finger when in the finger-worn position, and an external outside surface that faces away from and does not contact the user's finger. Furthermore, the housing defines an inner space between the internal finger contact surface and the external outside surface, such that this inner space comprises all electronic components, including multiple sensors, memory, battery, and Bluetooth module. These electronic components operate the ring ("apparatus as a wireless finger-worn motion detecting device") by tracking motion, processing movement information (such as information relating to walking, running, step count, and daily activities), and wirelessly communicating the information to the user's smartphone.   Source: https://www.samsung.com/us/rings/galaxy-ring/ (Annotated) |

EXHIBIT F

Claim Chart Regarding U.S. Patent No. 10,963,070

| Claim | US Patent 10,963,070 | Description of the Infringement |
|---|---|---|
| | | <br>Source: https://www.samsung.com/us/rings/galaxy-ring/ (Annotated) |

EXHIBIT F

Claim Chart Regarding U.S. Patent No. 10,963,070

| Claim | US Patent 10,963,070 | Description of the Infringement |
|---|---|---|

| | |
|---|---|
| **Memory** | 8MB |
| **Battery**[4] | Galaxy Ring: 18mAh (Size 5) - 23.5mAh (Size 13) |
| | Charging Case: 361mAh |
| | Up to 7 days<br>Charge for 30mins: 40% |
| **Sensor** | Accelerometer |
| | PPG |
| | Skin Temperature |
| **Connectivity** | BLE 5.4 |

Source: https://www.samsungmobilepress.com/media-assets/galaxy-ring?tab=specs

EXHIBIT F

Claim Chart Regarding U.S. Patent No. 10,963,070

| Claim | US Patent 10,963,070 | Description of the Infringement |
|---|---|---|
| | | <br>Source: https://www.samsung.com/us/rings/galaxy-ring/<br><br>• **Energy Score**: Your energy score includes a comprehensive analysis of your measured sleep, daily activities, and heart rate data.<br>• Sleep: Analyze and record your sleep by measuring your heart rate, blood oxygen, and skin temperature.<br>• **Heart rate**: Measure and record your heart rate.<br>• Workouts: Galaxy Ring can automatically detect and track walking and running once you enable it in Samsung Health settings in the Galaxy Wearable app.<br><br>Source: https://www.samsung.com/us/support/answer/ANS10003278/ |

Claim Chart Regarding U.S. Patent No. 10,963,070

| Claim | US Patent 10,963,070 | Description of the Infringement |
|---|---|---|
| | | **Auto Workout Detection and Gestures for Ease of Use**<br>Galaxy Ring is equipped with a variety of Auto Workout Detection[14] features to automatically track important walking and running data, such as steps duration and calories burnt, so you can effortlessly monitor your daily exercise progress. The Inactive Alert feature will also remind you when long period of inactivity is detected, encouraging you to get up and move to avoid adverse effects of prolonged sitting, keeping you active and energetic throughout busy schedules. In addition, you can take photos or dismiss alarms on Galaxy smartphones with a double pinch via Gestures[15], and easily locate your Galaxy Ring via your Galaxy smartphone with Find My Ring on Samsung Find[16].<br><br>Source: https://www.samsung.com/hk_en/news/product/samsungs-new-galaxy-ring/<br><br>Note: The above evidence has been obtained from a source outside of the United States. However, upon information and belief, the information presented in the evidence accurately describes the functionality of the accused product(s) available in the United States. |
| 1-b | wireless communication components disposed within the inner space, the wireless communication components configured and operable to wirelessly communicate with a separate computing system; | Samsung has provided an apparatus with wireless communication components disposed within the inner space, the wireless communication components configured and operable to wirelessly communicate with a separate computing system.<br><br>For example, the inner space of the ring comprises the Bluetooth module, such that once the ring is paired with the user's smartphone ("separate computing system"), the ring wirelessly transmits ("communicate") movement information, such as information relating to walking, running, step count, and daily activities, to the user's smartphone.<br><br>**Connectivity**<br>Bluetooth® 5.4<br><br>Source: https://www.samsung.com/us/business/rings/galaxy-ring/all/galaxy-ring-size-8-titanium-black-sm-q508nzkaxar/ |

EXHIBIT F

Claim Chart Regarding U.S. Patent No. 10,963,070

| Claim | US Patent 10,963,070 | Description of the Infringement |
|---|---|---|
| | | **Turn insights into action**<br><br>Learn how to feel great every day using Wellness Tips. Your Galaxy Ring gathers the insights and your phone analyzes them. Then you receive personalized suggestions you can use to improve each day.<br><br>Source: https://www.samsung.com/us/rings/galaxy-ring/<br><br>• **Energy Score**: Your energy score includes a comprehensive analysis of your measured sleep, daily activities, and heart rate data.<br>• **Sleep**: Analyze and record your sleep by measuring your heart rate, blood oxygen, and skin temperature.<br>• **Heart rate**: Measure and record your heart rate.<br>• **Workouts**: Galaxy Ring can automatically detect and track walking and running once you enable it in Samsung Health settings in the Galaxy Wearable app.<br><br>Source: https://www.samsung.com/us/support/answer/ANS10003278/<br><br>**Auto Workout Detection and Gestures for Ease of Use**<br><br>Galaxy Ring is equipped with a variety of Auto Workout Detection[14] features to automatically track important walking and running data, such as steps duration and calories burnt, so you can effortlessly monitor your daily exercise progress. The Inactive Alert feature will also remind you when long period of inactivity is detected, encouraging you to get up and move to avoid adverse effects of prolonged sitting, keeping you active and energetic throughout busy schedules. In addition, you can take photos or dismiss alarms on Galaxy smartphones with a double pinch via Gestures[15], and easily locate your Galaxy Ring via your Galaxy smartphone with Find My Ring on Samsung Find[16]. |

EXHIBIT F

Claim Chart Regarding U.S. Patent No. 10,963,070

| Claim | US Patent 10,963,070 | Description of the Infringement |
|---|---|---|
| | | Source: https://www.samsung.com/hk_en/news/product/samsungs-new-galaxy-ring/<br><br>Note: The above evidence has been obtained from a source outside of the United States. However, upon information and belief, the information presented in the evidence accurately describes the functionality of the accused product(s) available in the United States. |
| 1-c | a display device located on the housing, wherein the display device is configured and operable to output information; and | Samsung has provided an apparatus with a display device located on the housing, wherein the display device is configured and operable to output information.<br><br>For example, the ring includes LEDs positioned on the internal finger contact surface of the housing. These LEDs display battery level status (through green or red illumination) and Find My Ring indication (through a flickering pattern) ("output information"). The LEDs therefore act as the display device.<br><br><br><br><br>Source: https://www.samsung.com/us/rings/galaxy-ring/ (Annotated) |

Claim Chart Regarding U.S. Patent No. 10,963,070

| Claim | US Patent 10,963,070 | Description of the Infringement |
|---|---|---|
| | | An LED around the perimeter shows the ring's battery level, unlike the Oura, whose light just shows if the battery is full or not.<br><br>Source: https://www.wired.com/review/samsung-galaxy-ring/<br><br>Note: The above evidence has been obtained from a third-party source. Upon information and belief, the information presented in the evidence accurately describes the functionality of the accused product(s).<br><br>**Battery light identification**<br><br>Lighting — Status<br>All lights flash and turn off — Welcome lighting when you open the charging case<br>Flashes clockwise in sequence — Display the remaining battery level<br>Flashes clockwise in sequence and blinks at the end — Charging (lighting indicates the remaining battery level)<br>All lights flash — Fully charged<br>All lights blink — Charging error<br>Spins clockwise continuously — Bluetooth pairing mode<br><br>Source: https://www.samsung.com/uk/support/mobile-devices/how-to-use-the-samsung-galaxy-ring/<br><br>Note: The above evidence has been obtained from a source outside of the United States. However, upon information and belief, the information presented in the evidence accurately describes the functionality of the accused product(s) available in the United States. |

Claim Chart Regarding U.S. Patent No. 10,963,070

| Claim | US Patent 10,963,070 | Description of the Infringement |
|---|---|---|
| | |  **Blinking green light**: Battery level ≥ 15%<br> **Blinking red light**: Battery level < 15%<br><br>Source: https://www.samsung.com/uk/support/mobile-devices/how-to-use-the-samsung-galaxy-ring/<br><br>Note: The above evidence has been obtained from a source outside of the United States. However, upon information and belief, the information presented in the evidence accurately describes the functionality of the accused product(s) available in the United States.<br><br>I can't feel any of these sensors when wearing the ring. I don't *mind* wearing the Oura Ring, but the Galaxy Ring is more than a gram lighter and is noticeably thinner and lightweight. As a bonus, you can go into your Health app on your Samsung phone and click Find My Ring and the LEDs will start flickering! You can't see them in daylight, but at least the company has acknowledged that one of the major problems with smart rings is how often you lose the darn things. I keep taking mine off mindlessly to wash dishes, lift something heavy, or play the violin. It's also rated at 10 ATM and IP68, and I have kept mine on while swimming and paddling with my kids. |

EXHIBIT F

Claim Chart Regarding U.S. Patent No. 10,963,070

| Claim | US Patent 10,963,070 | Description of the Infringement |
|---|---|---|
| | | Source: https://www.wired.com/review/samsung-galaxy-ring/<br><br>Note: The above evidence has been obtained from a third-party source. Upon information and belief, the information presented in the evidence accurately describes the functionality of the accused product(s). |
| 1-d | a motion detecting mechanism disposed within the inner space and configured to generate movement information based on movement of the housing, wherein the movement information is for use in controlling the separate computing system. | Samsung has provided an apparatus with a motion detecting mechanism disposed within the inner space and configured to generate movement information based on movement of the housing, wherein the movement information is for use in controlling the separate computing system.<br><br>For example, the inner space of the ring includes the accelerometer ("motion detecting mechanism"), which tracks the user's movement information (such as information relating to walking, running, step count, and daily activities) based on motion or lack of motion of the ring when worn on the user's finger. When the user is not moving, the accelerometer detects this absence of activity and triggers the Samsung Health app on the user's smartphone ("separate computing system") to deliver Inactivity Alerts, reminding the user to get up and move. Thus, the accelerometer generates information for use in controlling the operation of the user's smartphone. |

EXHIBIT F

Claim Chart Regarding U.S. Patent No. 10,963,070

| Claim | US Patent 10,963,070 | Description of the Infringement |
|---|---|---|
| | | |




Accelerometer ("motion detecting mechanism") disposed within the inner space

Source: https://www.samsung.com/us/rings/galaxy-ring/ (Annotated)

- **Energy Score**: Your energy score includes a comprehensive analysis of your measured sleep, daily activities, and heart rate data.
- **Sleep**: Analyze and record your sleep by measuring your heart rate, blood oxygen, and skin temperature.
- **Heart rate**: Measure and record your heart rate.
- **Workouts**: Galaxy Ring can automatically detect and track walking and running once you enable it in Samsung Health settings in the Galaxy Wearable app.

Source: https://www.samsung.com/us/support/answer/ANS10003278/

Claim Chart Regarding U.S. Patent No. 10,963,070

| Claim | US Patent 10,963,070 | Description of the Infringement |
|---|---|---|
| | | **Auto Workout Detection and Gestures for Ease of Use**<br><br>Galaxy Ring is equipped with a variety of Auto Workout Detection[14] features to automatically track important walking and running data, such as steps, duration and calories burnt, so you can effortlessly monitor your daily exercise progress. The Inactive Alert feature will also remind you when long period of inactivity is detected, encouraging you to get up and move to avoid adverse effects of prolonged sitting, keeping you active and energetic throughout busy schedules. In addition, you can take photos or dismiss alarms on Galaxy smartphones with a double pinch via Gestures[15], and easily locate your Galaxy Ring via your Galaxy smartphone with Find My Ring on Samsung Find[16].<br><br>Source: https://www.samsung.com/hk_en/news/product/samsungs-new-galaxy-ring/<br><br>Note: The above evidence has been obtained from a source outside of the United States. However, upon information and belief, the information presented in the evidence accurately describes the functionality of the accused product(s) available in the United States.<br><br>**AI-powered health tracker on your finger**<br><br>The more you wear your Galaxy Ring, the smarter it gets. Slip Galaxy Ring on your finger and let it **track** your health all day. Then, check the Samsung Health app to see the **comprehensive** health report **Galaxy AI** put together. [2, 7, 11, 12, 13]<br><br>Source: https://www.samsung.com/us/rings/galaxy-ring/ |

EXHIBIT F