**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| FINGERTIP MOUSE CORPORATION d/b/a FTM COMPUTER PRODUCTS,<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:26-CV-00760-JRG |

**ORDER**

Before the Court is the parties' Joint Motion to Extend Deadlines. (Dkt. No. 9.) The parties request that the Court extend all deadlines the Court set in the Order Setting Scheduling Conference (Dkt. No. 7), excluding the Scheduling Conference set for November 23, 2026, by fourteen (14) days.

Having considered the motion, the Court finds that it should be **GRANTED IN PART**. Accordingly, it is **ORDERED** that the deadline for Plaintiff's Preliminary Disclosure of Asserted Claims and Infringement Contentions is November 23, 2026; and the deadline for Defendant to serve its Invalidity Contentions and Subject-Matter Eligibility Contentions in accordance with the Court's Standing Order is January 18, 2027.

All other relief requested is **DENIED WITHOUT PREJUDICE**. As to the relief denied, after the entry of an initial docket control order, the Court will consider subsequent motions to amend the docket control order. That relief is premature before the initial scheduling conference.

**So ORDERED and SIGNED this 19th day of November, 2026.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE